1

2

3

4                          UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    TODD D'ARCY SWEAT,                          Case No.  14-cv-01371-YGR  (PR)

              Petitioner,

8                                                **JUDGMENT**

              v.

9

10   SUZANNE M. PEERY, Acting Warden,

              Respondent.

11

12        For the reasons set forth in this Court's Order Granting Respondent's Motion to Dismiss

13   Petition; and Denying Certificate of Appealability,

14        IT IS ORDERED AND ADJUDGED

15        That Petitioner take nothing, that the action be dismissed in accordance with the Court's

16   Order, and that each party bear its own costs of action.

17        IT IS SO ORDERED.

18   Dated: August 20, 2015

19   _____

     YVONNE GONZALEZ ROGERS

20   United States District Judge

21

22

23

24

25

26

27

28

*United States District Court*
*Northern District of California*